IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PHILIP LAKOSKY, for himself and those similarly situated, | |
| Plaintiff, | CASE NO 2:14-cv-13362-SFC-MJH |
| vs. | |
| DISCOUNT TIRE CO., INC. d/b/a Discount Tire, an Arizona Corporation, and REINALT-THOMAS CORPORATION d/b/a Discount Tire/America's Tire, a Michigan Corporation, | HON. SEAN F. COX<br><br>MAGISTRATE JUDGE<br>MICHAEL J. HLUCHANIUK |
| Defendants. | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiff, PHILLIP LAKOSKY ("Plaintiff"), and Defendants DISCOUNT TIRE CO., INC. d/b/a DISCOUNT TIRE, and REINALT-THOMAS CORPORATION d/b/a DISCOUNT TIRE/AMERICA'S TIRE ("Defendants"), the Parties to the above captioned lawsuit, file this Joint Motion for Approval of Settlement Agreement, and respectfully state as follows:

This is an action for unpaid wages under the Michigan Minimum Wage Law of 1964, MCL 408.381 *et seq.* and Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201 *et seq*.  The Parties have reached a resolution of this matter and entered into a confidential Settlement Agreement.  Plaintiff, with advice of counsel, and having had a reasonable period of time in which to consider the Settlement Agreement, agrees that payment under the terms of the settlement constitutes fair and equitable compensation for his alleged wage and overtime claims, that are subject to a bona fide dispute.  Pursuant to the Court's Order Granting Joint Motion for Leave to File Confidential Settlement Agreement under Seal, a copy of the Settlement Agreement is being filed under seal concurrently herewith.

Wherefore, the parties respectfully request that the Court approve the Settlement Agreement.

Dated this 1st day of June, 2015.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ Dale R. Burmeister | /s/*Robert F. Friedman* |
| Dale R. Burmeister (P29432) | Robert F. Friedman |
| Jason R. Mather (P66022) | **LITTLER MENDELSON, P.C.** |
| **HARVEY KRUSE, P.C.** | 2001 Ross Avenue, Suite 1500 |
| 1050 Wilshire Drive | Lock Box 116 |
| Suite 320 | Dallas, Texas  75201-2931 |
| Troy, Michigan  48084 | Telephone:   (214) 880-8100 |
| Telephone:   (248) 649-7800 | Facsimile:   (214) 880-0181 |
| Facsimile:   (248) 649-2316 | rfriedman@littler.com |
| dburmeister@harveykruse.com | jyoupa@littler.com |
| jmathers@harveykruse.com | |
| | **ATTORNEYS FOR DEFENDANTS** |
| **ATTORNEYS FOR PLAINTIFF** | |

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on June 1, 2015, via:

|   |   |   |   |
|---|---|---|---|
| _____ | U. S. Mail | _____ | Facsimile |
| ___X___ | ECF Filing | _____ | Hand Delivery |
| _____ | E-Mail | _____ | Federal Express |

/s/ *Robert F. Friedman*
Robert F. Friedman

Firmwide:133243614.1 020327.1089